United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

Plaintiff.

v.

GOLDEN 7 QUICK STOP, INC., et al.,

Defendants.

Case No. 19-cv-00353-JCS

**ORDER OF DISMISSAL**

Re: Dkt. No. 19

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

provided, however, that if any party hereto shall certify to this Court, within 120 days, with proof

of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement

has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith

be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: November 20, 2019

_____

JOSEPH C. SPERO
Chief Magistrate Judge